

**FILED**

JUN 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN CARLOS SERESI,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 14-72137<br><br>CV 15-04856-SVW<br><br>ORDER |

Before:    HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is granted.

The Clerk shall transfer the § 2255 motion received on July 14, 2014, to the United States District Court for the Central District of California. The motion shall be deemed filed in the district court on July 3, 2014, the date on which it appears it was delivered to prison authorities for forwarding to this court. *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 270 (1988).

The Clerk shall also serve on the district court this order and the application, response, and reply.

Upon transfer of the motion, the Clerk shall close this original action.

We note that this case appears to be related to Central District of California case 2:13-cv-4928-SVW. The Clerk is directed to send this order to the chambers of the Honorable Stephen V. Wilson.