NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DIANA L. PAULI (Cal. Bar No.150289)
Assistant United States Attorney
International Narcotics, Money Laundering
and Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3899
    Facsimile: (213) 894-0142
    E-mail:   diana.pauli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 89-190-SVW |
|---|---|
| Plaintiff, | UNITED STATES' NON OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE; EXHIBITS |
| v. | |
| JUAN CARLOS SERESI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, does not oppose defendant Juan Carlos Seresi's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(ii). The government agrees that defendant meets the criteria of the Policy Statement set forth at USSG § 1B1.13 and Application Note 1(B).[1] Those provisions require defendant be at least 65 years old and have

---

[1] In terms of defendant's conduct and role in the offense, the government defers to defendant's Presentence Report.

served the lesser of 10 years or 75% of the imposed sentence. As to health, a defendant must be "is experiencing a serious deterioration in physical or mental health because of the aging process." Id.

Here, defendant is 73 years old. He has been in custody since 1989 – for approximately 31 years. As to his health, recent medical records show he has, inter alia, high blood pressure, a high BMI, hyperlidemia, vision issues including age-related macular degeneration, and hearing difficulties.[2] See United States v. Chavez-Zarate, 2020 WL 5095936, at *7-8 (E.D. Cal. Aug. 28, 2020) (coronary atherosclerosis in combination with risk of COVID-19 satisfy the age provision of § 1B1.13 for 66-year-old inmate). The government believes defendant does not currently pose a danger to an individual or the community, and the likelihood of recidivism is very low. Bureau of Prisons, when it denied his request for release, noted that defendant has an ICE detainer. Therefore, defendant will likely be deported if released from custody. Deft. Mot., p. 2, Cohen Decl. Ex.2.

If the court determines a sentence reduction is appropriate and further decides to reduce the sentence to one of time served, the government requests that in addition to the Supervised Release terms previously set by the court at sentencing, the Court impose the following additional terms: that prior to defendant's release, he complete all pre-release procedures, or any quarantine period

---

[2] Defendant's recent BOP medical records are filed separately and under seal as Government's Exhibits 1 and 2. Defendant's BMI places him at a high-risk for COVID-19 complication. See generally Centers for Disease Control, Coronavirus Disease 2019 (COVID-19)-- People Who Are At Higher Risk, available at https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html (last accessed October 14, 2020).

required by Bureau of Prisons COVID 19 policy or any related procedures implemented at defendant's current place of confinement.

Dated: October 15, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

*/s/ Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Diana L. Pauli*

DIANA L. PAULI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA