DIANA L. PAULI (Cal Bar No. 150289)
AUSA, INMLR Section
1400 United States Courthouse
312 N. Spring St., L.A., CA 90012
Tel: (213) 894-3899, Email: diana.pauli@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 89-00190-SVW |
| v. | |
| JUAN CARLOS SERESI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Government's Document(s) Under Seal, Government's Unopposed Ex Parte Application for Order Sealing and Proposed Order Sealing Documents

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

October 15, 2020
Date

DIANA L. PAULI
Attorney Name

United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*