Reuven L. Cohen (Bar No. 231915)
Email: rcohen@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant
JUAN CARLOS SERESI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CARLOS SERESI,<br><br>  Defendant. | Case No. CR-89-190-SVW<br><br>**REPLY IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C § 3582(c)(1)(A)** |

Defendant Juan Carlos Seresi, by and through his counsel of record, Reuven L. Cohen, hereby submits this reply in support of his Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A).

Respectfully Submitted,

COHEN WILLIAMS LLP

Dated:  October 20, 2020

By:  */s/ Reuven L. Cohen*
Reuven L. Cohen, Esq.
Attorneys for Defendant
JUAN CARLOS SERESI

On September 14, 2020, Juan Carlos Seresi filed a motion before this Court seeking compassionate release. Dkt. 1407. Therein, Mr. Seresi averred that he met the legal requirements for release – due to his age, health, and the length of time he has spent in custody – that he poses no danger to anyone, and that the balance of the § 3553(a) factors weighed in his favor. On October 15, 2020, the government agreed. Dkt. 1410. This Court should do the same.

The government's non-opposition is a powerful indicator that relief is amply justified here. Mr. Seresi has worked tirelessly throughout the past 30 years to better himself. *See* Dkt. 1407 at 1, 10-11. His first-time, non-violent offense need not, and *should* not, result in a death sentence.

Mr. Seresi concurs with the government's position that he meets the criteria of the Policy Statement set forth at USSG § 1B1.13 and Application Note 1(B) because he suffers from multiple degenerative medical conditions that make him particularly vulnerable to COVID-19. *See* Dkt. 1410 at 1. Mr. Seresi likewise concurs that his impending deportation obviates any possibility that he will pose a danger to his community upon release, *see* Dkt. 1410 at 2, though his utterly non-violent record amply demonstrates that he posed no such danger in any event. Accordingly, there is no dispute that Mr. Seresi qualifies under the statutory scheme.

Mr. Seresi therefore respectfully prays that the Court grant his motion forthwith.

Respectfully Submitted,

COHEN WILLIAMS LLP

Dated: October 20, 2020  By: */s/ Reuven L. Cohen*
Reuven L. Cohen, Esq.
Attorneys for Defendant
JUAN CARLOS SERESI